No. 85. PLACID OIL CO. ET AL. *v.* UNION PRODUCING CO. ET AL. Sup. Ct. La. and/or Ct. App. La., 1st Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William D. Rogers* for petitioners. *J. Mort Walker, Jr.,* and *John T. Guyton* for respondents. *Solicitor General Marshall* for the United States, as *amicus curiae.*

No. 304. AMERICAN AIRLINES, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Howard C. Westwood, William H. Allen, Edward J. Grenier, Jr., Carl S. Rowe, Warren E. Baker, H. Templeton Brown* and *Robert L. Stern* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Frederic D. Houghteling* for the Civil Aeronautics Board, and *Frederick A. Ballard* and *Cecil Å. Beasley, Jr.,* for Slick Corp., respondents. *R. S. Maurer, Robert Reed Gray, Herman F. Scheurer, Jr., C. Edward Leasure, Henry E. Foley, Emory T. Nunneley, Hubert A. Schneider* and *Dominic P. Renda* for certain air carriers, as *amici curiae,* in support of the petition.

No. 390. NEW YORK CENTRAL RAILROAD CO. ET AL. *v.* PUBLIC SERVICE COMMISSION OF INDIANA ET AL. Sup. Ct. Ind. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Karl J. Stipher, Paul A. Porter* and *Dennis G. Lyons* for petitioners. *John J. Dillon,* Attorney General of Indiana, *Lloyd C. Hutchinson* and *James B. Droege,* Deputy Attorneys General, and *James E. Noland* for respondents.